Curtis EDWARDS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102980

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: April 26, 2016

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Dora A. Fitcher, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM

Curtis Edwards appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(5).

---

IN the INTEREST OF: R.G.

ED 102952

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

FILED: April 26, 2016

Aurora A. Fluhr, PO 52001, St. Louis, MO 63136, for appellant.

Alli Wolff, 501 South Brentwood Blvd., St. Louis, MO 63105, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., Angela T. Quigless, J.

### *ORDER*

PER CURIAM.

R.G., a juvenile, appeals from the judgment of the Juvenile Division of the Circuit Court of St. Louis County, Family Court convicting him of five counts of first-degree robbery. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).